JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SONG N SONS GENERAL CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-09901 DDP (PVCx)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[Hon. Dean D. Pregerson] |

Pursuant to the Notice of Settlement submitted by Plaintiff, and Request for Dismissal as to the Entire Action with Prejudice, and good cause appearing therefor:

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to claim asserted by Plaintiff covering the period from April 1, 2019 to June 30, 2020, with each party to bear its own costs and attorney's fees.

Dated: 02/25/2021

*/s/ Dean D. Pregerson*
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

-1-

412390.1